UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARY DUCKSWORTH,**

    Plaintiff,

v.                             Case No.   3:17-cv-0242-J-20JBT

**UNUM LIFE INURANCE
COMPANY OF AMERICA,**

    Defendant.
_____/

## ORDER

Before the Court is the Plaintiff's "Response to Order to Show Cause" (Dkt. 5), in which the Plaintiff has informed the Court that the parties to this case settled this matter informally before the Defendant filed an answer. Plaintiff now requests this case be dismissed with prejudice.

Accordingly it is **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is **DISMISSED with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

DONE AND ENTERED at Jacksonville, Florida, this _____ day of July, 2017.

                                                HARVEY E. SCHLESINGER
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Thomas M. Farrell, IV, Esq.